UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LLOYD T. ELDER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00271-JPH-DLP |
| ) | |
| JACKSON, ) | |
| ) | |
| Defendant. ) | |

**Order**

Plaintiff Lloyd Elder's motion for a *Pavey* hearing, dkt. [20], is **denied** for the present. Such a hearing is necessary when there are factual disputes regarding the defendants' affirmative defense that the plaintiff failed to exhaust his available administrative remedies before filing this lawsuit. The Court has issued a schedule directing the development of this defense, directing the defendants to either (1) file a dispositive motion in support of the defense; (2) file a notice with the Court specifically identifying factual disputes that prevent resolution of the defense without a hearing; or (3) withdraw the affirmative defense. Dkt. 19. Until the exhaustion defense is developed further, the Court cannot determine whether a *Pavey* hearing will be necessary.

Mr. Elder also states in his motion that the defendants have not given him requested discovery. If Mr. Elder wants to ask the Court to order the defendants to provide requested discovery to him, he first must attempt to resolve any discovery dispute informally with counsel for the defendants. If he is unable to resolve his discovery issues informally, he may file a motion to compel in which he specifically describes the discovery he has requested and his attempts to obtain it.

**SO ORDERED.**

Date: 9/29/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LLOYD T. ELDER, SR.
KNOX COUNTY LAW ENFORCEMENT CENTER
2375 South Old Decker Road
Vincennes, IN 47591

All Electronically Registered Counsel